IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS C. AMERAL,

    Petitioner,                    No. CIV S-06-2566 FCD EFB P

   vs.

M. VEAL, et al.,

    Respondents.                ORDER

                              /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 6, 2008, petitioner requested an extension of time to file and serve a reply to respondent's July 23, 2008, opposition to petitioner's motion to amend. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's August 6, 2008, request for extension of time is granted and petitioner has 30 days from the date this order is served to file a reply.

DATED: August 18, 2008.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE